# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3131

_____

Anthony Fowlkes

*Plaintiff - Appellant*

v.

Tim Ryals, Sheriff, Faulkner County; Garry Stewart, Physician (originally named as Gary Stewart); Gary Andrews, Lieutenant, Faulkner County Jail; Rusty Page, Sergeant, Faulkner County Jail; John Randall, Captain, Faulkner County Jail (originally named as Randell); Scott Huffman, Lieutenant, Faulkner County Jail (originally named as Huffman)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: October 3, 2019
Filed: October 7, 2019
[Unpublished]

_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Anthony Fowlkes appeals the district court's[1] adverse grant of summary judgment. Taking all the evidence and reasonable inferences in Fowlkes's favor, see Faulkner v. Douglas Cty. Neb., 906 F.3d 728, 732 (8th Cir. 2018) (de novo review), we agree with the district court that defendants were entitled to summary judgment. The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.